# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goldgar, A. Benjamin | Bankruptcy Court, N.D. Ill. | 6/20/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Suite 638
219 South Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 6/12/14-6/15/14 | Lake Geneva, WI | Central States Bankruptcy Workshop | Food, lodging, mileage |
| 2. | National Conference of Bankruptcy Judges | 10/7/14-10/11/14 | Chicago, IL | Annual Meeting | Lodging (partial) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Cash Reserves Money Market Fund | A | Dividend | K | T | | | | | |
| 2. Traditional IRA-Fidelity (4) | E | Dividend | N | T | | | | | |
| 3. - Strategic Advisors Small-Mid Cap Fund | | | | | Buy (add'l) | 08/25/14 | J | | |
| 4. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 5. - Fidelity Short-Term Bond | | | | | | | | | |
| 6. - Fidelity Total Bond | | | | | | | | | |
| 7. - Pimco Total Return Administrative Shares | | | | | | | | | |
| 8. - Pimco Short Term Administrative Shares | | | | | Sold | 01/24/14 | J | A | |
| 9. - Fidelity Strategic Advisors Value Fund | | | | | Sold (part) | 08/05/14 | J | A | |
| 10. | | | | | Sold (part) | 10/16/14 | J | A | |
| 11. | | | | | Sold (part) | 12/05/14 | J | A | |
| 12. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 13. - Strategic Advisors International Fund | | | | | Buy (add'l) | 01/24/14 | J | | |
| 14. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 15. - Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 01/24/14 | J | | |
| 16. | | | | | Sold (part) | 02/07/14 | J | A | |
| 17. | | | | | Buy (add'l) | 03/06/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/16/14 | J | A | |
| 19. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 20. | | | | | Sold (part) | 12/11/14 | J | A | |
| 21. - Templeton Global Bond CL A | | | | | | | | | |
| 22. - Strategic Advisors U.S. Opportunity Fund | | | | | Sold (part) | 01/24/14 | J | A | |
| 23. | | | | | Sold (part) | 08/05/14 | J | B | |
| 24. | | | | | Sold | 08/08/14 | J | C | |
| 25. - Strategic Advisors Core Fund | | | | | Buy (add'l) | 01/24/14 | J | | |
| 26. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 27. | | | | | Sold (part) | 07/16/14 | J | A | |
| 28. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 29. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 30. - Strategic Advisors Growth Fund | | | | | Sold (part) | 03/06/14 | J | A | |
| 31. | | | | | Sold (part) | 12/05/14 | J | A | |
| 32. - Strategic Advisors Emerging Markets | | | | | | | | | |
| 33. - Strategic Advisors Income Opportunity Fund | | | | | Sold (part) | 07/16/14 | J | A | |
| 34. - FIMM Money Market Port Inst CL | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Strategic Advisors Short Duration Fund | | | | | Sold (part) | 01/24/14 | J | A | |
| 36.   - Arden Alternative Strategies Class 1 | | | | | | | | | |
| 37.   - Blackstone Alternative Multimanager | | | | | | | | | |
| 38.   Traditional IRA-Fidelity (3) | D | Dividend | M | T | | | | | |
| 39.   - Strategic Advisors Small-Mid Cap Fund | | | | | | | | | |
| 40.   - Fidelity Total Bond | | | | | | | | | |
| 41.   - Pimco Total Return Administrative Shares | | | | | | | | | |
| 42.   - Pimco Short Term Administrative Shares | | | | | Sold | 08/05/14 | J | A | |
| 43.   - Strategic Advisors International Fund | | | | | Buy (add'l) | 01/30/14 | J | | |
| 44.   - Strategic Advisors U.S. Opp Fund | | | | | Sold (part) | 08/05/14 | J | A | |
| 45. | | | | | Sold | 08/08/14 | J | B | |
| 46.   - Templeton Global Bond CL A | | | | | | | | | |
| 47.   - Strategic Advisors Value Fund | | | | | | | | | |
| 48.   - Strategic Advisors Core Fund | | | | | Buy (add'l) | 08/05/14 | J | | |
| 49. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 50. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 51.   - Strategic Advisors Growth Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Strategic Advisors Emerging Markets | | | | | | | | | |
| 53.   - Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 12/05/14 | J | | |
| 54.   - Strategic Advisors Income Opportunity Fund | | | | | | | | | |
| 55.   - FIMM Money Market Port Inst CL | | | | | | | | | |
| 56.   - Merger Fund | | | | | | | | | |
| 57.   - Strategic Advisors Short Duration Fund | | | | | Sold (part) | 01/30/14 | J | A | |
| 58.   - Arden Alternative Strategies Class 1 | | | | | | | | | |
| 59.   - Blackstone Alternative Multimanager | | | | | | | | | |
| 60.   Rollover IRA-Fidelity (3) | E | Dividend | O | T | | | | | |
| 61.   - Strategic Advisors Small-Mid Cap Fund | | | | | Buy (add'l) | 06/05/14 | J | | |
| 62. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 63. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 64.   - Fidelity Total Bond | | | | | Buy (add'l) | 03/06/14 | J | | |
| 65. | | | | | Sold (part) | 10/17/14 | J | A | |
| 66. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 67.   - Pimco Total Return Administrative Shares | | | | | | | | | |
| 68.   - Pimco Short Term Administrative Shares | | | | | Sold (part) | 01/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 08/05/14 | J | A | |
| 70. - Strategic Advisors International Fund | | | | | Buy (add'l) | 01/30/14 | J | | |
| 71. | | | | | Sold (part) | 06/15/14 | J | A | |
| 72. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 73. - Strategic Advisors US Opportunity Fund | | | | | Sold (part) | 07/16/14 | J | A | |
| 74. | | | | | Sold (part) | 08/05/14 | K | D | |
| 75. - Templeton Global Bond Class A | | | | | | | | | |
| 76. - Fidelity Money Market | | | | | | | | | |
| 77. - Strategic Advisors Value Fund | | | | | Sold (part) | 08/05/14 | J | A | |
| 78. | | | | | Sold (part) | 10/17/14 | J | A | |
| 79. | | | | | Sold (part) | 12/05/14 | J | B | |
| 80. - Strategic Advisors Core Fund | | | | | Buy (add'l) | 02/07/14 | J | | |
| 81. | | | | | Sold (part) | 03/06/14 | J | A | |
| 82. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 83. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 84. | | | | | Buy (add'l) | 08/11/14 | J | | |
| 85. | | | | | Buy (add'l) | 10/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/05/14 | J | B | |
| 87. - Strategic Advisors Growth Fund | | | | | Sold (part) | 03/06/14 | J | B | |
| 88. | | | | | Sold (part) | 06/05/14 | J | B | |
| 89. | | | | | Sold (part) | 12/05/14 | J | B | |
| 90. - Strategic Advisors Emerging Markets | | | | | | | | | |
| 91. - Strategic Advisors Income Opportunity Fund | | | | | Sold (part) | 07/16/14 | J | A | |
| 92. - Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 03/06/14 | J | | |
| 93. | | | | | Sold (part) | 10/17/14 | J | A | |
| 94. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 95. - FIMM Money Market Port Inst CL | | | | | | | | | |
| 96. - Merger Fund | | | | | | | | | |
| 97. - Strategic Advisors Short Duration Fund | | | | | Sold (part) | 01/30/14 | J | A | |
| 98. | | | | | Sold (part) | 02/07/14 | J | A | |
| 99. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 100. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 101. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 102. - Arden Alternative Strategies Class 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Blackstone Alternative Multimanager | | | | | | | | | |
| 104.  State of Illinois Deferred Compensation Plan -- 401(k) | A | Dividend | K | T | | | | | |
| 105.  - Vanguard Institutional Index Fund Plus | | | | | | | | | |
| 106.  Fidelity Short Term Bond (1) | A | Dividend | | | Sold | 07/18/14 | K | B | |
| 107.  Fidelity Short Term Bond (2) | A | Dividend | J | T | | | | | |
| 108.  Adirondack Trust Co. stock | D | Dividend | N | T | | | | | |
| 109.  Bank of America Growth Money Market Savings | A | Interest | J | T | | | | | |
| 110.  Fidelity Deferred Annuity | | | | | | | | | |
| 111.  - Fidelity VIP Investment Grade Bond Fund | | None | N | T | | | | | |
| 112.  - Fidelity VIP Strategic Income Fund | | None | L | T | | | | | |
| 113.  Vanguard IRA (4) | E | Dividend | P1 | T | | | | | |
| 114.  - Vanguard Total Bond Market Index Fund | | | | | | | | | |
| 115.  - Vanguard Total International Stock Index Fund | | | | | | | | | |
| 116.  - Vanguard Stock Market Index Fund | | | | | | | | | |
| 117.  Fidelity Cash Reserves (1) | A | Dividend | J | T | | | | | |
| 118.  Strategic Advisors International Fund (2) | A | Dividend | J | T | | | | | |
| 119.  Strategic Advisors Value Fund (2) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Strategic Advisors Small-Mid Cap Fund (2) | A | Dividend | J | T | | | | | |
| 121. Strategic Advisors U.S. Opportunity Fund (2) | A | Dividend | | | Sold | 08/08/14 | J | A | |
| 122. Strategic Advisors Core Fund (2) | A | Dividend | J | T | | | | | |
| 123. Strategic Advisors Growth Fund (2) | A | Dividend | J | T | | | | | |
| 124. Fidelity Total Bond (2) | A | Dividend | J | T | | | | | |
| 125. Strategic Advisors Income Opportunities (2) | A | Dividend | J | T | | | | | |
| 126. Strategic Advisors Core Income Fund (2) | A | Dividend | K | T | | | | | |
| 127. Pimco Total Return Administrative Shares (2) | A | Dividend | J | T | | | | | |
| 128. Pimco Short Term Administrative Shares (2) | A | Dividend | J | T | | | | | |
| 129. Templeton Global Bond Class A (2) | A | Dividend | J | T | | | | | |
| 130. Fidelity Real Estate Income (2) | A | Dividend | J | T | | | | | |
| 131. AQR Diversified Arbitrage Class 1 (2) | A | Dividend | J | T | | | | | |
| 132. FIMM Mmkt Port Inst CL (2) | A | Dividend | J | T | | | | | |
| 133. Fidelity GNMA Fund (2) | A | Dividend | J | T | | | | | |
| 134. Strategic Advisors Short Duration Fund (2) | A | Dividend | J | T | | | | | |
| 135. Blackstone Alternative Multimanager (2) (Y) | | | | | | | | | |
| 136. Fidelity Diversified International | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Fidelity Emerging Markets | A | Dividend | J | T | Sold (part) | 02/20/14 | J | | |
| 138. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 139. Invesco Convertible Securities FD CL Y | A | Dividend | | | Buy | 04/17/14 | K | | |
| 140. | | | | | Sold | 12/19/14 | K | | |
| 141. Fidelity Limited Term Muni Income | A | Dividend | J | T | Sold (part) | 04/17/14 | J | A | |
| 142. Fidelity Municipal Money Market | A | Dividend | K | T | | | | | |
| 143. Deutsche Managed Muni Bond CD S N/C (see note) | A | Dividend | K | T | | | | | |
| 144. Harbor Capital Appreciation Adm CL | A | Dividend | J | T | | | | | |
| 145. Hotchkis & Wiley Mid Cap Value CL A | B | Dividend | J | T | | | | | |
| 146. T Rowe Tax Free Inc. Fund Adv. Class | C | Dividend | L | T | | | | | |
| 147. Royce Value Plus Service Class | | None | | | Sold | 04/17/14 | K | D | |
| 148. SSGA Emerging Markets | D | Dividend | J | T | | | | | |
| 149. Oakmark Fund 1 | C | Dividend | K | T | | | | | |
| 150. T Rowe Price Equity Income Advisor CL | A | Dividend | | | Sold | 04/17/14 | J | D | |
| 151. T Rowe Price Real Estate Fund Adv CL | A | Dividend | K | T | | | | | |
| 152. Thornburg International Value CL A | A | Dividend | | | Sold | 04/17/14 | J | B | |
| 153. Fidelity Municipal Income | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Franklin Federal Tax-free CL A | C | Dividend | M | T | Buy (add'l) | 04/17/14 | L | | |
| 155. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 156. Templeton Global Bond CL A | B | Dividend | K | T | Sold (part) | 02/20/14 | J | | |
| 157. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 158. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 159. IShares TR S&P 100 Index Fund | A | Dividend | K | T | | | | | |
| 160. MFS International Diversification FD A Conf | A | Dividend | K | T | | | | | |
| 161. Fidelity Dividend Growth | | None | | | Sold (part) | 02/20/14 | J | A | |
| 162. | | | | | Sold | 04/17/14 | J | C | |
| 163. Fidelity Tax-free Bond | B | Dividend | L | T | | | | | |
| 164. Causeway International Value Investor | A | Dividend | J | T | Buy (add'l) | 09/30/14 | J | | |
| 165. | | | | | Sold (part) | 12/17/14 | J | | |
| 166. Janus Enterprise Fund Class T Shares | B | Dividend | K | T | | | | | |
| 167. Fidelity Advisor Growth Oppty CL 1 | | None | J | T | | | | | |
| 168. Fidelity Low Priced Stock | B | Dividend | K | T | Buy (add'l) | 04/17/14 | J | | |
| 169. | | | | | Sold (part) | 12/19/14 | J | A | |
| 170. Fidelity Small Cap Value | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. JP Morgan Mid-Cap Value Fund Select CL | A | Dividend | J | T | | | | | |
| 172. IShares TR Russell Mid-Cap Index Fund Avg Price | A | Dividend | J | T | Buy (add'l) | 12/11/14 | J | | |
| 173. IShares TR Russell 1000 Growth Index Fund | A | Dividend | L | T | Buy (add'l) | 04/22/14 | K | | |
| 174. IShares TR Russell 1000 Index Fund | A | Dividend | L | T | Buy (add'l) | 04/22/14 | K | | |
| 175. IShares TR Russell 2000 Index Fund | A | Dividend | J | T | | | | | |
| 176. Vanguard Index FDS Vanguard Value Vipers | A | Dividend | K | T | | | | | |
| 177. MFS International Value Fund CL A | A | Dividend | K | T | Buy (add'l) | 04/17/14 | J | | |
| 178. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 179. | | | | | Sold (part) | 12/19/14 | J | | |
| 180. T. Rowe Price International Stock | A | Dividend | K | T | Buy (add'l) | 04/17/14 | J | | |
| 181. | | | | | Sold (part) | 12/19/14 | J | | |
| 182. Templeton Frontier Mkts Fund | A | Dividend | J | T | | | | | |
| 183. Wells Fargo Short Term Muni Inc.-Instit. Conf | A | Dividend | J | T | Buy (add'l) | 02/20/14 | J | | |
| 184. Franklin International Sm Cap Growth Advisor | A | Dividend | J | T | Buy (add'l) | 02/20/14 | J | | |
| 185. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 186. | | | | | Sold (part) | 10/30/14 | J | | |
| 187. Spector Spdr Tr Shs Ben Int Financial | A | Dividend | K | T | Buy (add'l) | 02/24/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 04/22/14 | K | | |
| 189. Fidelity Advisor International Discovery CL 1 | | None | J | T | Buy | 12/19/14 | J | | |
| 190. Fidelity Value Strategies | A | Dividend | J | T | Buy | 04/17/14 | J | | |
| 191. Champlain Small Co Fund Adv CL | A | Dividend | J | T | Buy | 04/17/14 | J | | |
| 192. Transamerica Int'l Equity CL 1 | A | Dividend | J | T | Buy | 12/09/14 | J | | |
| 193. Transamerica Int'l Small Cap Value 1 | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 194. T Rowe Price Overseas Stock Fund | B | Dividend | | | Buy | 04/17/14 | K | | |
| 195. | | | | | Sold | 12/19/14 | K | | |
| 196. Fidelity Focused Stock Fund | | None | | | Buy | 04/17/14 | J | | |
| 197. | | | | | Sold | 12/03/14 | J | A | |
| 198. Oppenheimer International Growth Class A | | None | | | Buy | 04/17/14 | J | | |
| 199. | | | | | Sold | 09/30/14 | J | | |
| 200. Oppenheimer International Growth CL 1 | | None | J | T | Buy | 12/19/14 | J | | |
| 201. RS Small Cap Growth CL Y | A | Dividend | J | T | Buy | 04/17/14 | J | | |
| 202. Columbia Select Large Cap Growth | A | Dividend | | | Buy | 04/17/14 | J | | |
| 203. | | | | | Sold | 12/19/14 | J | | |
| 204. Spdr Ser Tr Barclays Conv Secs ETF | A | Dividend | K | T | Buy | 12/23/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Wilmington Midcap Growth Inst 1 | | None | | | Buy | 04/17/14 | J | | |
| 206. | | | | | Sold | 12/03/14 | J | A | |
| 207. Nuveen Intermediate Duration Muni Bond Fund | A | Dividend | J | T | Buy | 02/20/14 | J | | |
| 208. Goldman Sachs Small Cap Value Inst | | None | | | Buy | 04/17/14 | J | | |
| 209. | | | | | Sold | 12/03/14 | J | A | |
| 210. IShares MSCI EAFE ETF | | None | K | T | Buy | 12/23/14 | K | | |
| 211. IShares Russell Midcap Growth | A | Dividend | J | T | Buy | 12/11/14 | J | | |
| 212. IShares Russell 1000 Value ETF | A | Dividend | K | T | Buy | 04/22/14 | K | | |
| 213. IShares S&P Small Cap 600 Value | A | Dividend | J | T | Buy | 12/11/14 | J | | |
| 214. Wells Fargo bank deposit sweep (3) | A | Dividend | | | Sold | 04/17/14 | N | | |
| 215. Inherited IRA -- T. Rowe Price | B | Dividend | K | T | | | | | |
| 216. -- Dividend Growth | | | | | | | | | |
| 217. -- Spectrum Income | | | | | | | | | |
| 218. Inherited IRA -- TIAA-CREF (see note) | | | O | T | | | | | |
| 219. -- TIAA Traditional | | | | | Sold (part) | 02/19/14 | J | | |
| 220. | | | | | Sold (part) | 08/19/14 | J | | |
| 221. -- CREF Stock | | | | | Sold (part) | 02/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold (part) | 08/19/14 | J | | |
| 223. -- CREF Global Equities | | | | | | | | | |
| 224. -- TIAA Real Estate | | | | | | | | | |
| 225. -- CREF Bond Market | | | | | | | | | |
| 226. -- CREF Inflation Linked Bond | | | | | | | | | |
| 227. Bank of America checking | A | Interest | J | T | | | | | |
| 228. Bank of America checking (4) | | None | J | T | | | | | |
| 229. Bank of America checking (2) | | None | J | T | | | | | |
| 230. Bank of America money market (2) | A | Interest | J | T | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Goldgar, A. Benjamin | 6/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 143. This fund, reported on line 164 of last year's report, changed its name. On last year's report, the fund was DWS Managed Municipal Bond CL S.

Line 218. These are inherited IRAs. Column B is not completed because it cannot be. The TIAA-CREF statements disclose no information about income, and TIAA-CREF personnel have told me that the information is unavailable because the investments are "annuity-based." Similarly, information about gain or loss from "sales" (the distributions I am required to take) is not reported in Column D because TIAA-CREF personnel have told me that information about gains or losses is unavailable.

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 6/20/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. Benjamin Goldgar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544